*C. Dill* for petitioner. *Messrs. John W. Davis, William C. Cannon, Clinton W. Howard,* and *Harold W. Bissett* for respondent.

No. 934. DUKE POWER CO. ET AL. *v.* GREENWOOD COUNTY ET AL. May 18, 1936. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit granted. *Messrs. W. S. O'B. Robinson, Newton D. Baker, Raymond T. Jackson, W. R. Perkins, H. J. Haynsworth,* and *J. H. Marion* for petitioners. Mr. *D. W. Robinson, Jr.,* and *Solicitor General Reed* for respondents.

No. 988. TENNESSEE PUBLISHING CO. *v.* AMERICAN NATIONAL BANK ET AL. May 18, 1936. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit granted. *Messrs. A. H. Roberts,* and *A. H. Roberts, Jr.,* for petitioner. *Messrs. William Waller, Cecil Sims, Charles C. Trabue,* and *Thomas H. Malone, Jr.,* for respondents.

No. 923. CATE ET AL. *v.* BEASLEY ET AL. May 25, 1936. Petition for writ of certiorari to the Supreme Court of Oklahoma granted. *Mr. Richard W. Stoutz* for petitioners. *Messrs. James A. Veasey* and *L. G. Owen* for respondents.

No. 928. JOSE RIVERA SOLER & CO., INC. *v.* UNITED STATES FIREMEN'S INSURANCE CO. May 25, 1936. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit granted. *Mr. Francis H.*